October 9, 2009

The Honorable, Judge Dora Irizarry.
Federal Courthouse,
225 Cadman Plaza East
Brooklyn, NY 11201.

Your Honor,

Good day. I do hope that this letter reaches you in the best of health and happiness. I find it very compelling to write to you, concerning the imminent sentencing of Mr. Roger Shaheed Khan.

As a Guyanese-born American citizen, I was flabbergasted to have learned from the US Attorney's office that Mr. Khan will be receiving a sentence of ONLY 15 years imprisonment, having pleaded guilty to the numerous charges that he once faced.

It is certainly inconceivable to me that this vicious and abominable perpetrator of crimes against humanity, will be granted such a lenient sentence.

Understandably, the hundreds of murders that Mr. Khan was responsible for, were committed in another country. However, they were done in order to facilitate his drug empire, which was responsible for the importation of large quantities of cocaine into the United States - the charges for which, he faced a life sentence, if found guilty.

Mr. Khan also faced another life sentence for witness tampering charges here in the USA. A charge in which it was disclosed that he was willing to kill innocent persons if they were willing to testify against him. A charge in which his Attorney and accomplice (Mr. Robert Simels) was found guilty and now faces a life sentence.

Then, there was still the gun-running charge of several years ago in the State of Vermont, for which he had been a fugitive.

In my humble opinion, I think I speak for so many, when I say that Mr. Roger Shaheed Khan deserves a more fitting and tougher punishment for all of his atrocities. Over the last several years, his drug empire has caused a lot of grief, pain and sadness for many families, for which he has never been held accountable.

Your Honor, I beg you. On October 16, please give that animal what he appropriately deserves, and send the right message to the other drug Lords, **in the name of justice**.

Sincerely,

Harry Rampersaud